UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL TRIAL MINUTES FOR JUDGE MARCIA G. COOKE**

Date: 10/5/2015          Day #: 1          Case #: 14-20666-CIV

CRD: Ivan Marchena          Court Reporter: Tamra Piderit

Interpreter: _____

PARTIES: SOYINI O. TURNER – vs – PONCE PLAZA, INC.

| PLAINTIFF ATTORNEY | DEFENDANT ATTORNEY |
|---|---|
| G. Ware Cornell, Jr., Esq. | Robert Switkes, Esq. |

| | |
|---|---|
| X | Trial Commenced - Jury |
| X | Statement of case to jury - voir dire |
| X | Jury impaneled & sworn |

Plaintiff's witnesses began their testimony. The Court recessed the trial of this cause until Tuesday, 10/6/15 at 1:00 p.m.