# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 14-20666-Civ-COOKE/TORRES

SOYINI O. TURNER,

     Plaintiff,

v.

PONCE PLAZA INC.,

     Defendant.

_____/

## JUDGMENT

Pursuant to Federal Rules of Civil Procedure 50(a) and 58 and for the reasons stated on the record during the trial of this matter on October 6, 2015, **JUDGMENT** is hereby entered in favor of Defendant Ponce Plaza Inc. and against Plaintiff Soyini O. Turner on Plaintiff's Complaint.

The Clerk is directed to **CLOSE** this case.  All motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of October 2015.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*